AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
DONA SUE BISSEY

)
) Case: 1:21-mj-00254
) Assigned to: Judge Faruqui, Zia M
) Assign Date: 2/23/2021
) Description: COMPLAINT W/ARREST WARRANT
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DONA SUE BISSEY,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 02/23/2021

2021.02.23
12:42:38 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/23/2021, and the person was arrested on *(date)* 02/24/2021
at *(city and state)* Bloomfield, IN

Date: 02/24/2021

*Arresting officer's signature*

J. Alex Miller   Special Agent FBI
*Printed name and title*